# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| JOHN J. DIERLAM, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> BARACK HUSSEIN OBAMA, in his official ) <br> capacity as President of the United States, *et al.*, ) <br> ) <br> *Defendants*. ) <br> ) | Case No. 4:16-CV-00307 |

## [PROPOSED] ORDER

Upon consideration of the United States of America's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that the United States shall file a response to Plaintiff's Complaint no later than May 26, 2016.

**SO ORDERED**.

                                                                        The Honorable Kenneth M. Hoyt
                                                                        U.S. District Judge