United States District Court
Southern District of Texas
**ENTERED**
May 18, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN J DIERLAM, § § § Plaintiff, § VS. § CIVIL ACTION NO. 4:16-CV-307 § BARACK HUSSEIN OBAMA, *et al*, § § § Defendants. § | |

### ORDER

On this day, the Court considered the United States' unopposed motion to extend time to respond to the plaintiff's complaint. (Dkt. No. 14). After having reviewed the motion and the applicable law and having determined that good cause exists for the United States' request, the Court determines that the motion to extend time to respond to the plaintiff's complaint should be **GRANTED**. Accordingly, it is, hereby

**ORDERED** that the time required to respond to the plaintiff's complaint extended until May 26, 2016.

SIGNED on this 18th day of May, 2016.

_____
Kenneth M. Hoyt
United States District Judge