UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN J. DIERLAM, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>BARACK HUSSEIN OBAMA, in his official )<br>capacity as President of the United States, *et al.*, )<br>)<br>*Defendants*. )<br>) | Case No. 4:16-CV-00307 |

### [Proposed] ORDER

Upon consideration of Plaintiff's Complaint and Defendants' Motion to Dismiss and accompanying Memorandum in Support thereof, it is hereby ORDERED that Defendants' Motion to Dismiss is GRANTED and Plaintiff's requested relief is DENIED. Accordingly, the Clerk of this Court is directed to enter judgment for Defendants, dismissing Plaintiff's Complaint.

 

The Honorable Kenneth M. Hoyt
United States District Judge