UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN J DIERLAM, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-307 |
| | § | |
| BARACK HUSSEIN OBAMA, *et al*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER OF RECUSAL**

I stand recused in this case.

It is so Ordered.

SIGNED on this 3rd day of October, 2017.

_____
Kenneth M. Hoyt
United States District Judge