| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

### HOUSTON DIVISION

John J Dierlam
   *Plaintiff(s),*

v.                                                              Case No. 4:16–cv–00307

Barack Hussein Obama, et al.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:   **Miscellaneous Hearing**
RE: Report and Recommendations – #67

DATE:   **6/14/2018**

TIME:   **02:30 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE
515 RUSK COURTROOM 3–A
HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.

**David J. Bradley, Clerk**                                                              Date: June 8, 2018

By Deputy Clerk, A. Rivera