**UNITED STATES DISTRICT COURT**          **SOUTHERN DISTRICT OF TEXAS**

### HOUSTON DIVISION

John J Dierlam
   *Plaintiff(s),*

v.                                                                          Case No. 4:16–cv–00307

Barack Hussein Obama, et al.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING: **Motion Hearing**
RE: Motion to Dismiss – #104

DATE:   **12/15/2021**

TIME:   **10:30 AM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN–PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                                                       Date: December 7, 2021

By Deputy Clerk, A. Rivera