United States District Court
Southern District of Texas
**ENTERED**
December 20, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JOHN J. DIERLAM,** | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | **CIVIL ACTION NO. 4:16-CV-0307** |
| | § | |
| **BARACK HUSSEIN OBAMA,** *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Defendants' Partial Motion to Dismiss (Doc. 104). After considering the Motions, the parties' briefs, oral arguments, and all applicable law, the Court determines that Motion to Dismiss should be **GRANTED** as to Counts I and III-VIII of Plaintiff's Second Amended Complaint in their entirety and Count II to the extent it seeks prospective relief.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 15th day of December, 2021.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE