| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **SOUTHERN DISTRICT OF TEXAS** |

**HOUSTON DIVISION**

John J Dierlam
   *Plaintiff(s),*

v.                                                                                  Case No. 4:16–cv–00307

Barack Hussein Obama, et al.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:   **Motion Hearing**
RE: Amended Complaint/Counterclaim/Crossclaim etc. – #124
Motion to Dismiss – #126
Motion to Dismiss for Failure to State a Claim – #126
Motion for Miscellaneous Relief – #130

DATE:   **10/27/2022**

TIME:   **02:30 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN–PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                                                                             Date: October 21, 2022

By Deputy Clerk, A. Rivera