United States District Court
Southern District of Texas
**ENTERED**
December 12, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **JOHN J DIERLAM,** | § |
| Plaintiff, | § |
| VS. | §   CIVIL ACTION NO. 4:16-CV-00307 |
| **BARACK HUSSEIN OBAMA,** *et al.*, | § |
| Defendants. | § |

## ORDER

Pending before the Court is Defendants' Partial Motion to Dismiss (Doc. 126). After considering the Motions, the Parties' briefs, oral arguments, and all applicable law, the Court determines that the Motion to Dismiss should be **GRANTED** as to Claims 1, 2 and 4-21 of Plaintiff's Third Amended Complaint in their entirety and Claim 3 to the extent it seeks prospective relief.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on the 12th of December, 2022.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE