**UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

John J Dierlam
   *Plaintiff(s),*

v.                                              Case No. 4:16–cv–00307

Barack Hussein Obama, et al.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING: **Motion Hearing**
RE: Motion to Vacate – #137
Motion to Stay – #137

DATE: **5/3/2023**

TIME: **02:30 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN–PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                                            Date: April 18, 2023

By Deputy Clerk, A. Rivera