United States District Court
Southern District of Texas
**ENTERED**
August 11, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **JOHN J DIERLAM,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | **CIVIL ACTION NO. 4:16-CV-00307** |
| | § | |
| **JOSEPH R. BIDEN JR.,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Plaintiff's Motion for Summary Judgment. ECF No. 143. Plaintiff is seeking summary judgment on the retrospective portion of Claim 3 and several forms of prospective relief. Defendant does not oppose Plaintiff's request for a refund in the amount of $5626.22 for the retrospective portion of Claim 3. ECF No. 144 at 2. Defendant opposes Plaintiff's request for prospective relief. *Id.* at 4.

After considering the Motions, the Parties' briefs, oral arguments, and all applicable law, the Court determines that Plaintiff's Motion for Summary Judgment is **GRANTED** as to the retrospective portion of Claim 3 and **DENIED** as to the extent that it seeks any other relief. The Court finds that Defendant is entitled to retrospective relief in the amount of $5,626.22 for his past payments of the shared responsibility payment. The Court has already dismissed the prospective portion of Claim 3 and dismissed all other claims in their entirety. ECF No. 136. Therefore, there is no basis for the Court to award prospective relief.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 11th of August, 2023.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE