UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| John J. Dierlam §<br>　　　　　Plaintiff §<br>versus §<br>Joseph R. Biden, PRESIDENT OF THE §<br>UNITED STATES, in his official capacity §<br>as President of the United States; §<br>UNITED STATES DEPARTMENT OF HEALTH §<br>AND HUMAN SERVICES; Xavier Becerra, §<br>SECRETARY, U.S. DEPARTMENT OF §<br>HEALTH AND HUMAN SERVICES, in his §<br>official capacity as Secretary of the U.S, §<br>Department Health and Human Services;§<br>UNITED STATES DEPARTMENT OF §<br>TREASURY; Janet Yellen, SECRETARY, U.S.§<br>DEPARTMENT OF TREASURY, in her §<br>official capacity as the Secretary of the §<br>U.S. Department the Treasury; UNITED §<br>STATES DEPARTMENT OF LABOR; Martin §<br>Walsh, SECRETARY, DEPARTMENT OF §<br>LABOR, in his official capacity as the §<br>Secretary of the U.S. Department of §<br>Labor §<br>　　　　　Defendants §  | United States Courts<br>Southern District of Texas<br>F I L E D<br><br>AUG 1 8 2023<br><br>Nathan Ochsner, Clerk of Court<br><br>CIVIL ACTION NO. 4:16-cv-00307 |

<u>Notice of Appeal To the 5th Circuit Court</u>

Notice is hereby given that John J. Dierlam, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the 5th Circuit the Dismissal of most of the charges in the 3rd Amended Complaint on 12/12/2022 and the Final Order granting only in part the one remaining charge by Judge Ellison on 8/11/2023.

> Respectfully Submitted,
> John J. Dierlam, pro se
> 5802 Redell Rd.
> Baytown, TX 77521
> Phone: 281-424-2266
> email:jdierlam@outlook.com
>
> *John J. Dierlam* (signature)

1

5802 Redell Rd
Baytown, TX 77521

United States District Clerk
Southern District of Texas
515 Rusk, Room 5300
Houston, TX 77002




United States Courts
Southern District of Texas
FILED

AUG 18 2023

Nathan Ochsner, Clerk of Court

SHIP TO:
515 RUSK ST
STE 5300
HOUSTON TX 77002-2607

USPS GROUND ADVANTAGE™

0 Lb 2.70 Oz
RDC 01

US POSTAGE PAID
$4.75
Origin: 77562
08/16/23
4840650562-07

USPS TRACKING #
9500 1119 3646 3228 2940 38